PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:22-CR-236 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| TAHA ALBANNA (2), | ) | |
| | ) | |
| Defendant. | ) | **MODIFIED REFERRAL ORDER** |

Pursuant to General Order 99-49, this case is referred to the United States Magistrate Judge for purposes of arraigning Defendant Taha Albanna on the Supplemental Information and receiving, on consent of the parties, Defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered.

IT IS SO ORDERED.

October 19, 2023  */s/ Benita Y. Pearson*
Date  Benita Y. Pearson
 United States District Judge